NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Respondent*

**v.**

**ERIKA JOHNSON,**
*Defendant-Petitioner*

---

2022-139

---

On Petition for Permission to Appeal from the United States District Court for the District of Maryland in No. 8:06-mj-02169-TMD-1.

---

**ON PETITION**

---

PER CURIAM.

## O R D E R

Erika Johnson petitions for permission to appeal a 2014 judgment of the United States District Court for the District of Maryland in a criminal proceeding.

This court is a court of limited jurisdiction, which does not include review of criminal matters. *See* 28 U.S.C.

§ 1295. Therefore, we lack jurisdiction to entertain Ms. Johnson's petition.

When this court lacks jurisdiction, we may transfer to another court, if it is in the interest of justice, where "the action or appeal could have been brought at the time it was filed." 28 U.S.C. § 1631. Transfer of this case, however, is not appropriate. The district court entered judgment in this case eight years ago. Moreover, the provision Ms. Johnson now invokes as the basis for appellate jurisdiction requires the trial court first to certify an order for review, *see* Fed. R. App. P. 5(a)(3), and no such certification was made here.

Accordingly,

IT IS ORDERED THAT:

The petition for permission to appeal is dismissed.

FOR THE COURT

April 25, 2022                           /s/ Peter R. Marksteiner
    Date                                 Peter R. Marksteiner
                                         Clerk of Court